UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6222-CIV-FERGUSON
MAGISTRATE JUDGE SORRENTINO

DAVID K. HEMMENS,            :

    Plaintiff,           :

v.                           :    REPORT RE TRANSFER
                                  TO CORRECT VENUE
BUREAU OF PRISONS, et al.,   :

    Defendants.          :
_____


FILED by _____ D.C.
MAG. SEC.
MAR - 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

    David K. Hemmens, a federal prisoner, has filed a *pro se* civil rights complaint alleging claims which arose out of conditions or events at the Federal Prison Camp, Eglin Air Force Base, Fort Walton Beach, Florida, an institution located in the Northern District of Florida.

    The appropriate venue provision in this case is 28 U.S.C. §1391(b). Clark v. Harp, 737 F.Supp. 676 (D. D.C. 1990); Harley v. Oliver, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated.



This case has no connection with the Southern District of Florida, and it is therefore recommended that the Clerk be directed to transfer it to the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. §1406(a).

Dated: March 3, 2000

                                                                 _____
                                                                 UNITED STATES MAGISTRATE JUDGE

cc: Clerk, U.S. District Court
    S. District of Florida

    Lucy Lara, Court Assignments Clerk

    David K. Hemmens, Pro Se
    Reg. No. 54551-004
    FPC - Eglin
    P. O. Box 600
    Eglin (AFB), FL 32542