UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6222-CIV-FERGUSON
MAGISTRATE JUDGE SORRENTINO

DAVID K. HEMMENS,

    Plaintiff,

v.

BUREAU OF PRISONS, et al.,

    Defendants.

ORDER OF TRANSFER

For the reasons stated in the Report of the Magistrate Judge, it is

ORDERED AND ADJUDGED that the Clerk of this Court shall transfer this case to the United States District Court for the Northern District of Florida.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: Clerk, U. S. District Court
    S. Dist. of Florida

    Lucy Lara, Court Assignments Clerk

    David K. Hemmens, Pro Se